UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEAD CREATION INC., <br><br>      Plaintiff, <br><br>  -against- <br><br>WUOAUM DIRECT, <br><br>      Defendant. | 1:22-cv-09230 (JLR) <br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of Plaintiff's emergency motion for a temporary restraining order, dated October 27, 2022. *See* ECF No. 5 ("Emergency Motion").

  IT IS HEREBY ORDERED that Plaintiff shall serve on Defendant all public filings in the above-captioned case, including the Verified Complaint, Emergency Motion, and this Order, and shall file proof of such service on ECF, by 2:00 PM on October 28, 2022.

  IT IS FURTHER ORDERED that Plaintiff shall comply with the Court's Individual Rules of Practice in Civil Cases, available at this link, https://www.nysd.uscourts.gov/hon-jennifer-l-rochon, including by filing a letter on ECF pursuant to Individual Rule of Practice 3(N) by 2:00 PM on October 31, 2022.

  IT IS FURTHER ORDERED that the parties shall appear for a video conference on the Emergency Motion on November 1, 2022, at 3:30 PM and file a joint letter on ECF by 2:00 PM on October 31, 2022 with the name, phone number, and email address of counsel who expect to appear at the conference.

Dated: October 27, 2022
    New York, New York

                          SO ORDERED.

                          *Jennifer Rochon*
                          JENNIFER L. ROCHON
                          United States District Judge